UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SAM KOH,

    Plaintiff,

  v.

GREYHOUND,

    Defendant.

Case No. C05-0975

ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS*

    Plaintiff seeks to proceed *in forma pauperis* with his civil rights complaint. Plaintiff complains of being first in line on May 6, 2005 waiting for the bus from Olympia, Washington to Seattle; that he had a ticket for travel May 5, which the ticket agent told him was valid for 90 days or one year, if a round trip ticket, for date of issuance. While Plaintiff was first in line, he says the ticket agent let the other passengers board first. He complaints that this was racist (Plaintiff is Asian, and the ticket agent was Caucasian). He also stated that the Afro-American bus operator saw Plaintiff "protesting against discrimination" and asked the ticket agent "Does this good give you a trouble?" He alleges that the bus driver tried to leave the station without him, and upon arrival in Seattle said good-bye to everyone on the bus except him. Plaintiff asks that the Court order Greyhound to properly train its employees and asks for punitive relief of twenty-five thousand dollars.

ORDER - 1

1  Plaintiff states that he does not work, has no dependents, and does not have any money in a
2  checking or savings account; he states that he was injured at work and in the last twelve months has
3  received $5,559 from the Washington State Department of Labor and Industries.  He does not
4  indicate how he provides food and shelter for himself.
5  Under the circumstances presented, the Court must deny leave to proceed *in forma pauperis.*
6  ACCORDINGLY,
7  IT IS ORDERED: Plaintiff's Motion to Proceed *In Forma Pauperis* [included in the
8  documents transferred from the Northern District of Texas, Dallas Division] is DENIED.
9  DATED this 10th day of June, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2