UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SAM KOH,

    Plaintiff,

    v.

GREYHOUND LINES, INC.,

    Defendant.

Case No. C05-5356FDB

ORDER

By order entered June 10, 2005, Plaintiff was denied leave to proceed *in forma pauperis*, and since Plaintiff never paid the filing fee, this cause of action was closed. Defendant now moves for dismissal for want of prosecution pursuant to Fed. R. Civ. P. 41(b). ACCORDINGLY,

IT IS ORDERED: Defendant's Motion To Dismiss [Dkt. # 8] is GRANTED and this cause of action is DISMISSED.

DATED this 20th day of September, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1